THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Shawn Wiles, Appellant.
 
 
 

Appeal From Saluda County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2007-UP-318
 Submitted June 1, 2007  Filed June 14,
 2007

AFFIRMED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.  
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, Senior Assistant Attorney General Norman Mark
 Rapoport, all of Columbia; and Solicitor Donald V. Myers, of Lexington, for
 Respondent.
 
 
 

PER
 CURIAM:  Shawn Wiles was
 convicted of assault and battery of a high and aggravated nature and failure to
 stop for a blue light.  Wiles appeals his convictions, arguing the court erred
 in admitting evidence of his prior prison escape. 
We affirm pursuant to Rule 220(b)(2), SCACR, and the following
 authority:  State v. Forrester, 343 S.C. 637, 642, 541 S.E.2d 837, 840 (2001) (finding a motion in limine to
 exclude evidence made at the beginning of trial generally does not preserve the
 issue for appellate review).[1] 
AFFIRMED. 
STILWELL,
 SHORT, and WILLIAMS, JJ., concur. 
 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.